# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1316**
**CAF 13-00901**
PRESENT: SCUDDER, P.J., PERADOTTO, CARNI, LINDLEY, AND SCONIERS, JJ.

---

IN THE MATTER OF JEREMY D. WHITE, SR.,
PETITIONER-APPELLANT,

V                                                          ORDER

AMANDA LANDO, RESPONDENT-RESPONDENT.

---

LINDA M. CAMPBELL, SYRACUSE, FOR PETITIONER-APPELLANT.

D.J. & J.A. CIRANDO, ESQS., SYRACUSE (BRADLEY E. KEEM OF COUNSEL), FOR RESPONDENT-RESPONDENT.

TIMOTHY J. KIRWAN, ATTORNEY FOR THE CHILD, OSWEGO.

---

Appeal from an order of the Family Court, Oswego County (Donald E. Todd, A.J.), entered April 18, 2013 in a proceeding pursuant to Family Court Act article 6.  The order, among other things, denied the enforcement petition filed by Jeremy D. White, Sr.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  January 2, 2015                    Frances E. Cafarell
                                             Clerk of the Court